1  James A. Krueger, WSBA #3408
2  Lucy R. Clifthorne, WSBA #27287
   Vandeberg Johnson & Gandara, LLP
3  1201 Pacific Avenue, Suite 1900
   Tacoma, WA  98402-4391
4  253-383-3791
   jkrueger@vjglaw.com
5  lclifthorne@vjglaw.com
   *Counsel for Defendant*
6

7

8

                    UNITED STATES DISTRICT COURT
9                   WESTERN DISTRICT OF WASHINGTON

10 DEBRA BROWN, individually and on behalf  )
   of all others similarly situated,        )
11                                          )
                                            )  No. 2:21-cv-00700
12                              Plaintiff,  )
                                            )  NOTICE OF APPEARANCE
13       v.                                 )
                                            )
14 UNIVERSAL AUTO GROUP III, INC., D/B/A    )
   ENUMCLAW CHRYSLER JEEP DODGE             )
15 RAM,                                     )
                                            )
16                              Defendant.  )
                                            )

17 TO:       DEBRA BROWN, Plaintiff above-named

18 AND TO:  KIRA M. RUBEL and IGNACIO HIRALDO, Her Attorneys

19 AND TO:  CLERK OF THE COURT

20       **YOU, AND EACH OF YOU ARE HEREBY NOTIFIED** that the undersigned JAMES A.

21 KRUEGER and LUCY R. CLIFTHORNE, of VANDEBERG JOHNSON & GANDARA, LLP, do

22 hereby make their appearance for and on behalf of Defendant UNIVERSAL AUTO GROUP III,

23

24 INC., D/B/A ENUMCLAW CHRYSLER JEEP DODGE RAM.  This appearance is made without

25 waiving any objection to:

26       1.       Lack of jurisdiction over the subject matter;

NOTICE OF APPEARANCE - 1
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

2.        Lack of jurisdiction over the person;

3.        Improper venue;

4.        Insufficiency of process;

5.        Insufficiency of service of process;

6.        Failure to state a claim upon which relief may be granted; and

7.        Failure to join a party under Rule 19.

You are hereby further notified that all further papers and pleadings in the above-entitled matter except original process be served upon them at the address below stated.

DATED this 10th day of June, 2021.

VANDEBERG JOHNSON & GANDARA, LLP

By   /s/ *James A. Krueger*
     James A. Krueger, WSBA # 3408

VANDEBERG JOHNSON & GANDARA, LLP

By   /s/ *Lucy R. Clifthorne*
     Lucy R. Clifthorne, WSBA # 27287

Attorneys for Defendant

Vandeberg Johnson & Gandara, LLP
1201 Pacific Avenue, Suite 1900
Tacoma, WA  98402-4391
253-383-3791
jkrueger@vjglaw.com
lclifthorne@vjglaw.com

NOTICE OF APPEARANCE - 2
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377