# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Western District of Washington

Case Number: 2:21-CV-00700

**Plaintiff:** DEBRA BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

**Defendant:** UNIVERSAL AUTO GROUP III DBA ENUMCLAW CHRYSLER JEEP DODGE RAM

Service Documents:
Summons in a Civil Action and Class Action Complaint

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 28th day of May, 2021 at 10:25 am to be served on **UNIVERSAL AUTO GROUP III DBA ENUMCLAW CHRYSLER JEEP DODGE RAM C.O REGISTERED AGENT JAMES A KRUEGER, 1201 PACIFIC AVE, STE 1900, TACOMA, WA 98402**

I, Emily Beebe, do hereby affirm that on the **11th day of June, 2021** at **10:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **ROBERT LUNSFORD** as **AUTHORIZED / LEGAL DEPT MANAGER** for **UNIVERSAL AUTO GROUP III DBA ENUMCLAW CHRYSLER JEEP DODGE RAM**, at the address of: **726 ROOSEVELT AVE, ENUMCLAW, WA 98022**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/3/2021  10:41 am  Attempted service:  This address is owned by a vanderburg Johnston.. There's no James Krueger.
6/11/2021  10:00 am  Server approached the business at 10:00 a.m. as coordinated yesterday. One of the showroom employees greeted and escorted server over to his manager's office. Server was speaking to a manager by the name of Joseph and escorted server to the legal department manager by the name of Robert Lunsford.  Server explained to him the delivering legal documents to James a Kruger as a registered agent for universal Auto group DBA enumclaw Chrysler Jeep Dodge ram or anyone else authorized to accept. The man looked over the papers and then explained that he had no idea who James a Kruger is but he will accept the documents. After confirming his name is Robert lunsford and delivering the documents to him server then left the premises.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Caucasian, Height: 6', Weight: 200, Hair: -, Glasses: Y

## RETURN OF SERVICE For 2:21-CV-00700

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

*Emily Beebe* (signature)

**Emily Beebe**
Process Server 29655

**L & L Process, LLC.**
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2021001815