James A. Krueger, WSBA #3408
Lucy R. Clifthorne, WSBA #27287
Vandeberg Johnson & Gandara, LLP
1201 Pacific Avenue, Suite 1900
Tacoma, WA  98402-4391
253-383-3791
jkrueger@vjglaw.com
lclifthorne@vjglaw.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL AUTO GROUP III, INC., D/B/A ENUMCLAW CHRYSLER JEEP DODGE RAM,<br><br>Defendant. | No. 2:21-cv-00700<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, the Defendant Universal Auto Group III, Inc., is a Washington corporation that has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated this 13th day of July, 2021.

VANDEBERG JOHNSON & GANDARA, LLP

By: /s/ James A. Krueger
James A. Krueger, WSBA # 3408

By: /s/ Lucy R. Clifthorne
Lucy R. Clifthorne, WSBA # 27287

Attorneys for Defendant

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1
Case No. 2:21-cv-00700
F:\16000-16999\16399\16399-00006\Pleadings\Corporate Disclosure

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377