1  James A. Krueger, WSBA #3408
2  Lucy R. Clifthorne, WSBA #27287
   Vandeberg Johnson & Gandara, LLP
3  1201 Pacific Avenue, Suite 1900
   Tacoma, WA  98402-4391
4  253-383-3791
   jkrueger@vjglaw.com
5  lclifthorne@vjglaw.com
   *Counsel for Defendant*
6

7

8

9                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
10                              AT SEATTLE

11  DEBRA BROWN, individually and on behalf    )
    of all others similarly situated,          )
12                                             )   No. 2:21-cv-00700
                              Plaintiff,        )
13                                             )   DEFENDANT'S INITIAL
              v.                                )   DISCLOSURES
14                                             )
    UNIVERSAL AUTO GROUP III, INC., D/B/A )
15  ENUMCLAW CHRYSLER JEEP DODGE                )
    RAM,                                        )
16                                             )
                              Defendant.        )
17  _____)

18        Defendant submits the following initial disclosures pursuant to Fed. R. Civ. Proc. 26:

19        **Individuals with Relevant Information**

20        1.      Philip W. Bivens, President
                  Universal Auto Group III, Inc.
21                c/o Vandeberg Johnson & Gandara LLP
                  1201 Pacific Avenue Suite 1900
22                Tacoma, WA  98401
                  (253) 383-3791
23

24        Mr. Bivens is the President of the Defendant and has knowledge of its business operations.

25

26

DEFENDANT'S INITIAL DISCLOSURES - 1
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

F:\1 6000-16999\16399\16399-00006\Pleadings\Initial Disclosures

1

2.      Brian Rzentkowski
        c/o Vandeberg Johnson & Gandara LLP
2       1201 Pacific Avenue Suite 1900
        Tacoma, WA  98401
3       (253) 383-3791

4

5       Mr. Rzentkowski is the Director of Marketing of the Defendant and as such has knowledge
of all advertising campaigns of that company.

6

3.      Eric Arnault
7       c/o Vandeberg Johnson & Gandara LLP
        1201 Pacific Avenue Suite 1900
8       Tacoma, WA  98401
        (253) 383-3791

9

10      Mr. Arnault is the General Manager of the Defendant and as such has knowledge of all
advertising campaigns of that company.

11

4.      Elizabeth Lluberes, Director of Operations
12      Yolanda Owens, Director of Client Services
        Dealer Wizard
13      4301 Anchor Plaza Parkway, Suite 230
        Tampa, FL  33634
14      (813) 712-5691

15

16      Ms. Lluberes is the Director of Operations and Ms. Owens is the Director of Client Services
of Dealer Wizard, and as such have knowledge that no automatic dialing system or prerecorded
17      voice call was ever made by that company on behalf of Defendant to the Plaintiff or anyone else
during the applicable time period.  They also have knowledge that if a call were made to the
18      Plaintiff or anyone else, they would never "spoof" the Defendant's phone number or use any other
phone number than one assigned to Dealer Wizard.

19

5.      Debra Brown
20      c/o Kira M. Rubel
        The Harbor Law Group
21      3615 Harborview Drive, Suite C
        Gig Harbor, WA  98332
22      (253) 251-2955

23

24      Ms. Brown is the Plaintiff in this matter and has knowledge of her visit to the Defendant's
dealership in search of a vehicle to purchase, and her interactions with its sales staff, including all
25      phone calls received by her.

26

DEFENDANT'S INITIAL DISCLOSURES - 2
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

1

    6.      Elijiah Labole
             c/o Vandeberg Johnson & Gandara LLP

2

             1201 Pacific Avenue Suite 1900

3

             Tacoma, WA  98401
             (253) 383-3791

4

5

Mr. Labole is a sales representative for the Defendant, and as such has knowledge of his interactions with the Plaintiff.

6

7

    7.      Dustin Dearing
             c/o Vandeberg Johnson & Gandara LLP

8

             1201 Pacific Avenue Suite 1900
             Tacoma, WA  98401

9

             (253) 383-3791

10

Mr. Dearing is a sales representative for the Defendant, and as such has knowledge of his interactions with the Plaintiff.

11

12

**Documentary Evidence**

13

1.      Vin Solutions Report from 11/26/20 through 4/24/21.

14

2.      Dealeron lead information regarding "Debby Brown" from 8/20/20 through

15

11/26/20.

16

(Copies attached.)

17

**Computation of Damages**

18

Plaintiff has not incurred any damages as a result of her interactions with Defendant.

19

**Insurance Agreement**

20

Defendant does not believe there is an insurance policy which covers the Plaintiff's claim.

21

However, the insurance carrier is checking on possible coverage.  We will notify if we discover

22

any insurance coverage.

23

**Expert Witness**

24

Defendant has not yet identified any expert witnesses in this matter.

25

26

DEFENDANT'S INITIAL DISCLOSURES - 3
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

F:\16000-16999\16399\16399-00006\Pleadings\Initial Disclosures

1

2      DATED this 27th day of July, 2021.

3                           VANDEBERG JOHNSON & GANDARA, LLP

4

5                          By _____

6                            James A. Krueger, WSBA # 4708
Lucy R. Clifthorne, WSBA # 27287

7      Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S INITIAL DISCLOSURES - 4
Case No. 2:21-cv-00700

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

F:\16000-16999\16399\16399-00006\Pleadings\Initial Disclosures



| | | |
|---|---|---|
| 4/24/21 6:28p | Lost Lead<br>By: Dustin Dearing | |
| 12/4/20 3:44p | Outbound phone call (Machine)<br>By: Dustin Dearing<br>lm | |
| 11/30/20 9:56a | Outbound phone call (Machine)<br>By: Dustin Dearing<br>lm | |
| 11/28/20 3:13p | Outbound phone call (Machine)<br>By: Dustin Dearing<br>lm | |
| 11/26/20 6:26p | Outbound phone call (Machine)<br>By: Dustin Dearing<br>lm | |
| 11/26/20 6:24p | Lead Log<br>By: Dustin Dearing<br>Sales Rep Changed From Your Friends Enumclaw CJDR to Dustin Dearing | |
| 11/26/20 4:14p | By: System<br>Customer requested to work with Enumclaw Ram (If available) | |
| 11/26/20 4:14p | Lead received<br>By: System<br>Comment: www.enumclawchryslerjeepdodge    Submission URL: | |

3

UAG0001

**Debby Brown**(Individual)   Search: f in t p
H:   No current or future follow up tasks exist.
W:

*Click to add customer note*

Push To

- Sales (3)
- Wish List
- Value

| Status | Buyer/Co-Buyer | Created | Source | Vehicle |
|---|---|---|---|---|
| Duplicate | 11/26/20 | Dealeron | | 2020 Jeep Cherokee |
| Lost | 11/26/20 | Dealeron - Behavioral Targeting System - Sales Coupon | | 2020 Jeep Cherokee |
| Lost | 8/20/20 | Walk-In | | 2016 Jeep Cherokee |

Call   Email   Appt.   Note   Letter   Text

This lead is currently marked lost. To reactivate this lead, click here. You can alternately create a new lead by clicking the new lead icon on the toolbar above.

Status:

**Lead Info**
Status: Lost
Sales Rep: Dustin Dearing
BD Agent: None
Manager: Robert Lunsford
Created: 8/20/20 2:43p (299d)
Source: Walk-In (Walk-in)
Contacted: Yes (0:00)

There isn't a Credit Bureau Service. The service is set to "NONE".

**Vehicle Info**
**2016 Jeep Cherokee Limited (Used)**
4WD SUV
Stock #:12395
1C4PJMDS1GW118337
3.2L V6
Automatic 9-Speed
Odom: 90,677
Color: Brilliant Black Crystal Pearlcoat
Mfr code: KLJP74
Location: Enumclaw Chrysler Jeep Dodge Ram
Rebates As High As $0

UAG0002

Luxury Group, Engine: 3.2L V6 24V VVT w/ESS,
Power Front/Fixed Rear Full Sunroof, Radio:
Uconnect 8.4 NAV, Trailer Tow Group

Warning: This vehicle is no longer in your active
inventory

View Photos

Vehicle(s) of Interest
Click to add additional vehicles of interest
Trade-in Info
(none entered)

Buyer and Co-buyer Information:

Buyer                                    Co-buyer
**Debby Brown**                          (none entered)
Eve:
Day

Notes & History

All Notes & History

 *6/9/21*        Privacy Settings Changed
*11:19a*
                     By: System
                     Phone calls disabled by Brian Rzentkowski.

 *6/9/21*        Privacy Settings Changed
*11:19a*
                     By: System
                     Email disabled by Brian Rzentkowski.

 *6/9/21*        Privacy Settings Changed
*11:19a*
                     By: System
                     Mail disabled by Brian Rzentkowski.

UAG0003

*11/26/20*
*6:24p*

Lead Log
By: Dustin Dearing

Sales Rep Changed From Your Friends Enumclaw CJDR to Dustin Dearing

*11/26/20*
*4:14p*

Lead Log
By: System

Sales Rep Changed From Elijiah Labolle to Your Friends Enumclaw CJDR

*9/24/20*
*1:39p*

Lost Lead
By: Steve Smith

*9/3/20*
*2:37p*

Outbound phone call (Machine)
By: Elijiah Labolle

LM

*8/27/20*
*1:15p*

Outbound phone call (Contacted)
By: Elijiah Labolle

Found a car in kirkland no longer interested.

*8/25/20*
*9:07a*

Outbound phone call (Machine)
By: Elijiah Labolle

LM to call back. calling again later tonight

*8/23/20*
*10:24a*

Email reply from prospect
Subject: Re:SUV
By: Elijiah Labolle

Reply

Thank you, Im trying to stay with a Jeep Get Outlook for iOS From: Elijiah Labolle Eli jiahl@enumclawcjd.motosnap.com Sent: Friday, August 21, 2020 5:03:16 PM To: deb ⎯⎯ .otmail.com Subject: SUV The first 2 are actually a t ou...

*8/21/20*
*6:11p*

General Note
By: System

Click from: SUV
www.enumclawchryslerjeepdodge....

*8/21/20*
*6:11p*

General Note
By: System

Click from: SUV
www.enumclawchryslerjeepdodge....

*8/21/20*
*6:11p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:11p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:08p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:08p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:08p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:08p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*6:07p*

<u>General Note</u>
By: System

Click from: SUV
<u>www.enumclawchryslerjeepdodge....</u>

*8/21/20*
*5:03p*

<u>Email reply to prospect</u>
Subject: SUV
*Read 8 trackable times. First after 1 hours. Customer replied*
By: Elijiah Labolle

The first 2 are actually at our dealership and easy to show. I included some other optio ns but I do encourage going to <u>www.enumclawchryslerjeepdodge....</u> as this will be able to help you sort through and find a car you love. then I will be ab...

UAG0005

| | 8/21/20 4:53p | Outbound phone call (Contacted) By: Elijiah Labolle |
|---|---|---|

Still in the market sending some options through email to see what she likes!

| | 8/20/20 2:42p | Showroom Visit By: Elijiah Labolle |
|---|---|---|

Showroom visit started at 8/20/20 2:43p lasting 2.7 hours
Walkaround    Demo - Test Drive    Manager Turnover: Steve Smith

Edit Visit

| | 8/20/20 2:42p | By: Elijiah Labolle |
|---|---|---|

Up from Mexico to take care of grandkids, needs a car while shes up here wants to stay below the 10,000 mark if possible would be ok if we could get a payment around the 2 50 mark. Wants an Suv to get around as she frequently comes up to visit her family up here.